CATHERINE BROWN, Plaintiff-Appellee, *v.* THE CITY OF CHICAGO *et al.,* Defendants-Appellants.

(No. 57352;

First District (2nd Division)—April 3, 1973.

PER CURIAM.

Richard L. Curry, Corporation Counsel, of Chicago, for appellants.
No appearance for appellee.